UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATINA HOWARD,
on behalf of M.D.C.,

      Plaintiff,                              Case No. 17-cv-10193
                                                    Hon. Matthew F. Leitman

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

      Defendant.
_____/

## ORDER (1) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #25) AND (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF #23)

In this action, Plaintiff Katina Howard, on behalf of her minor son M.D.C., challenges the denial of M.D.C.'s application for supplemental security income benefits. (*See* Compl., ECF #1.)  Plaintiff and the Commissioner of Social Security ("Defendant") have filed cross-motions for summary judgment. (*See* ECF ## 23, 25.)

On February 9, 2018, the assigned Magistrate Judge issued a Report and Recommendation recommending that the Court grant Defendant's motion and deny Plaintiff's motion (the "R&R"). (*See* ECF #26.)  At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wanted to seek review of her

recommendation, they needed to file specific objections with the Court within fourteen days of being served with a copy of the R&R. (*See id.* at Pg. ID 578-79.)

Plaintiff has not filed any objections to the R&R. The failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985).

Accordingly, because Plaintiff has failed to file any objections to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommendation to grant Defendant's Motion for Summary Judgment is **ADOPTED**.

**IT IS FURTHER ORDERED** that (1) Defendant's Motion for Summary Judgment (ECF #25) is **GRANTED** and (2) Plaintiff's Motion for Summary Judgment (ECF #23) is **DENIED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 27, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 27, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764