UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATINA HOWARD,
on behalf of M.D.C.,

     Plaintiff,                           Case No. 17-cv-10193
                                                   Hon. Matthew F. Leitman

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

     Defendant.
_____/

## JUDGMENT

For the reasons stated in the Order issued on this date, it is ORDERED and ADJUDGED that Defendant's Motion for Summary Judgment is GRANTED, Plaintiff's Motion for Summary Judgment is DENIED, and the Commissioner's decision is AFFIRMED. This case is hereby DISMISSED in its entirety with prejudice.

                               s/Matthew F. Leitman
                               MATTHEW F. LEITMAN
                               UNITED STATES DISTRICT JUDGE

Dated: February 27, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 27, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764